IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROGER CHAVEZ,

    Petitioner,

    v.

KEVIN R. CHAPPELL, Warden,

    Respondent.
    _____/

No. C-12-3713 TEH (PR)

ORDER FOR LEAVE TO FILE IN FORMA PAUPERIS APPLICATION

On July 16, 2012, Petitioner Roger Chavez, an inmate at San Quentin State Prison, filed a petition for a writ of habeas corpus challenging a decision of the California Board of Parole Hearings (BPH) to deny him parole. Doc. #1. On the same day, the Clerk notified Petitioner that he had not filed an application to proceed in forma pauperis (IFP) with his petition and that he must pay the $5.00 filing fee or complete and sign the Court's IFP application with a Certificate of Funds in Prisoner's Account form. Doc. #2. The Clerk enclosed the IFP application, the Certificate of Funds form and a return envelope with the notice. Doc. #2. The Clerk's notice included a warning indicating that, if Petitioner did

not respond within thirty (30) days from the filing date stamped on the notice, his action would be dismissed, the file closed and the entire filing fee would become due immediately.

The deadline to file the IFP application has passed and Petitioner has not filed it or paid the filing fee. The Court grants Petitioner three additional weeks from the date of this Order to file his IFP application with the Certificate of Funds form or pay the filing fee. If Petitioner does not respond to this Order within twenty-one days from its filing date, the petition shall be dismissed, the file closed and the $5.00 filing fee will become due immediately.

IT IS SO ORDERED.

DATED   *09/11/2012*

**THELTON E. HENDERSON**
United States District Judge

G:\PRO-SE\TEH\HC.12\Chavez 12-3713 Lv File IFP.wpd

**2**